USCA1 Opinion

 

 October 10, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1579 IN RE CAPE COD MAIL, INC., Debtor, ROBERT G. HAYDUK, Appellant, v. PATRICK M. BUTLER, ET AL., Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Robert G. Hayduk on brief for appellant. ________________ John F. Cullen and Cullen & Cullen on brief for appellee. ______________ _______________ ____________________ ____________________ Per Curiam. Plaintiff-appellant Cape Cod Mail, ___________ Inc., appeals from the dismissal of its summary judgment appeals, the discharge of special counsel, and the imposition of sanctions on special counsel. We affirm for substantially the reasons stated in the district court's April 24, 1996, Memorandum and Order. Appellee's Motion to Adopt Lower Court's Decision for Appellees' Brief is denied as moot. Affirmed. Loc. R. 27.1. ________